# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Case No.  1:09CR00397-001 |
| | ) | |
| CHRISTINA MALDONADO | ) | |
| | ) | |
| *Defendant* | | |

## UNSUPERVISED PROBATION ORDER

The defendant having pled guilty to Count One in the Information:

**IT IS ORDERED:** The defendant is placed on unsupervised probation for a period of <u>   12 months   </u> without a judgment of conviction first being entered.  The defendant must comply with the following special conditions:

1. The defendant must: Pay fine in the amount of $500 to the Clerk of Court, Fresno, CA no later than 2/24/2011.
2. The defendant must: Obey all laws, (local, state and federal).
3. Sentencing hearing set for 2/24/2011 at 10:00 - defendant ordered to appear.

Date: <u>March 9, 2010</u>            <u>       /s/ Gary S. Austin       </u>
*Judge's signature*

<u>  Gary S. Austin, United States Magistrate Judge  </u>
*Printed name and title*

### Defendant's Consent

I have read the proposed probation order and the conditions of probation, including the special conditions above.  I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law.  I consent to the entry of this order.

I also understand that, if I have not violated any condition of my probation, the court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

Date: <u>2/25/2010              </u>        AS CONSENTED ON THE RECORD IN OPEN COURT
*Defendant's signature*

AS CONSENTED ON THE RECORD IN OPEN COURT
*Signature of defendant's attorney*