BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
JAMES HERING
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00397-SMS |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| CHRISTINA MALDONADO, | |
| Defendant. | |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Brian W. Enos, Assistant United States Attorney, hereby moves to dismiss Count One of the Information filed on October 8, 2009, against Christina Maldonado, pursuant to the terms of a deferred entry of judgment and in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 1, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        By :  /s/Brian W. Enos
                                             BRIAN W. ENOS
                                             Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that Count One of the Information filed on October 8, 2009, against Christina Maldonado be dismissed, pursuant to the terms of a deferred entry of judgment and in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 1, 2011**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE